AO 91 (Rev. 11/11)  Criminal Complaint

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

# UNITED STATES DISTRICT COURT
for the
District of Maryland

JUL 18 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| United States of America<br>v.<br>Stephen Lyle ORBACK<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  19-2390 ADC |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April through June, 2019__ in the county of __Baltimore__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875 | Interstate Threatening Communication |

This criminal complaint is based on these facts:
See Affidavit attached hereto and incorporated by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Keith Murray, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 18 July 2019

_____
*Judge's signature*

City and state: Baltimore, Maryland

A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*