PMC/jb USAO#2019R0501

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. JKB-19-0391 |
| v. | * | |
| | * | (Interstate Threatening |
| STEPHEN LYLE ORBACK, | * | Communications, 18 U.S.C. § 875(c)) |
| | * | |
| Defendant. | * | |
| | * | |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On divers occasions between on or about May 12, 2019, and on or about May 13, 2019, in the District of Maryland and elsewhere, the defendant,

**STEPHEN LYLE ORBACK,**

knowingly and willfully did transmit in interstate commerce from somewhere outside the State of Maryland, to the State of Maryland, threats to kill and injure other persons; to wit: the defendant made multiple telephone calls to an employee of the Rosh Pina Messianic Congregation, Owings Mills, Maryland, known to the Grand Jury, and threatened to kill many members of that Jewish congregation.

18 U.S.C. § 875(c)

Robert K. Hur
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

FOREPERSON

8/15/19
Date