IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Stephen Orback - 130263
DOB - 12/31/54
LCF
49030 State Hwy 71 S.
Limon, Co. 80826

JKB19-CR-0391

FILED ___ ENTERED
LOGGED ___ RECEIVED

DEC 27 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Dear Clerk of the Court,
Please excuse the marker, but I am legally blind and unable to write without it.
This letter is to inform you that I am currently serving a short sentence in the Colorado Dept. of Corrections and will be released on or about 2/15/20.
It is to my understanding that I have a federal detainer out of MD, but was never provided with the particulars of the case.

Therefore, I would most appreciate receiving 1) the case number, 2) the classification of the charge, eg a felony or misdemeanor, 3) what exactly the matter is about and 4) whom or those it is involving.

Moreover, I would also appreciate an approximate date, as to when I can expect to be extradited.

Please be sure to use large, bold font in your response and do include the words "Legal Mail" on the external portion of the return envelope.

Thank you very much for your time and amelioration

Respectfully,
Stephen Colack