**Colorado Department Of Corrections**

Name: Stephen Orback
Register Number: 130203
Unit: 1-B-1-14
Box Number: 49030 State Hwy 71
City, State, Zip: Limon, CO 80826

FILED
LOGGED
ENTERED
RECEIVED

DEC 27 2019
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Legal Mail =

United States District Court
District of Md
101 West Lomb[ard]
Baltimore, MD.

Inspected by
Court Security Officer

DEC 27 REC'D

CURRRES #1212015377-1N            12/21/19
EXCEPTIONAL ADDRESS FORMAT:
MAIL PIECE TO BE DELIVERED
AS ADDRESSED UNLESS SPECIFIC
REASON FOR NON-DELIVERY EXISTS.

CARRIER: REMOVE LABEL BEFORE DELIVERY