PMC/ZB/cm USAO#2019R0501

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. JKB-19-0391 |
| v. | * | |
| | * | (Obstruction of Persons in the Free |
| STEPHEN LYLE ORBACK, | * | Exercise of Religious Beliefs, 18 U.S.C. |
| | * | § 247(a)(2); Interstate Threatening |
| Defendant. | * | Communications, 18 U.S.C. § 875(c)) |
| | * | |

*******

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

Between on or about May 12, 2019, and on or about July 21, 2019, in the District of Maryland and elsewhere, the defendant,

**STEPHEN LYLE ORBACK,**

knowingly and intentionally obstructed and attempted to obstruct by threat of force persons affiliated with the Rosh Pina Messianic Congregation in the enjoyment of their free exercise of religious beliefs. This offense was in and affected interstate commerce and included the threatened use of a dangerous weapon, explosives, and fire.

18 U.S.C. §§ 247(a)(2) and (d)(3).

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

Between on or about May 12, 2019, and on or about July 21, 2019, in the District of Maryland and elsewhere, the defendant,

**STEPHEN LYLE ORBACK,**

knowingly and willfully transmitted in interstate commerce threats to kill and injure other persons. Specifically, the defendant made multiple telephone calls to an employee of the Rosh Pina Messianic Congregation, in Owings Mills, Maryland, and threatened to injure members of that congregation.

18 U.S.C. § 875(c)

Robert K. Hur
United States Attorney

Eric S. Dreiband
Assistant Attorney General
Civil Rights Division

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

1/16/2020
Date