**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **Case No. 19-cr-00391 JKB** |
| | ) | |
| **STEPHEN LYLE ORBACK** | ) | |
| | ) | |

**MOTION FOR RELEASE OF HEALTH NEEDS FORM TO DEFENSE COUNSEL**

The defendant, Stephen Lyle Orback, by and through his undersigned counsel, respectfully moves this Honorable Court to permit the Clerk's Office to provide a copy of the defendant's Communication of Health Needs form to his counsel.

At his initial appearance in this matter, Mr. Orback, like all defendants with medical issues, completed a Communication of Health Needs form that was handed up to the presiding Magistrate Judge. The undersigned was not present at Mr. Orback's initial appearance – a duty attorney handled the matter. The undersigned is seeking information about Mr. Orback's medical condition. The defense has communicated with the Clerk's Office to request a copy of the form but we were informed that a court order was required to produce a copy of the form.

Accordingly, the defense moves for an order permitting the clerk's office to provide a copy of the form signed by Mr. Orback to his defense counsel. A Proposed Order is included below.

Respectfully submitted,

JAMES WYDA
Federal Public Defender


_____/s/_____
NED SMOCK (#809226)
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710

1

Greenbelt, MD 20770
Telephone: (301) 344-0600
Facsimile:  (301) 344-0019
Email:  Ned_Smock@fd.org

## PROPOSED ORDER

For the reasons set forth in the above motion, the Clerk's Office shall provide a copy of the Communication of Health Needs form signed by Mr. Orback on March 20, 2020 to counsel for the defendant.

**IT IS SO ORDERED**                    _____
                                        HONORABLE JAMES K. BREDAR
                                        Chief United States District Judge