# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND

SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND  20770
TEL: (301) 344-0600
FAX: (301) 344-0019
TOLL FREE:   1-888-387-3384

JAMES WYDA  
FEDERAL PUBLIC DEFENDER

NED SMOCK  
ASSISTANT FEDERAL PUBLIC DEFENDER

April 16, 2020

Honorable J. Mark Coulson  
United States District Court  
District of Maryland  
101 West Lombard St.  
Baltimore, MD 21201

**Re:**   ***United States v. Stephen Orback***  
         **Case No. JKB-19-0391**

Dear Judge Coulson:

I represent Stephen Orback in the above matter.  Mr. Orback first appeared before Your Honor on March 20, 2020.  Laura Abelson from my office represented Mr. Orback at that hearing and I have since been assigned to represent Mr. Orback.

At the March 20, 2020 hearing, Mr. Orback was detained by agreement of the parties without prejudice to requesting a prompt hearing to set appropriate conditions of release or otherwise address his detention.  ECF No. 14.  The defense has a proposed release plan to present to the Court.  Accordingly, the defense requests that the matter be calendared before Your Honor or the duty magistrate for a detention hearing.

Thank you in advance for your attention to this matter.

Sincerely,

/s/

NED SMOCK  
Assistant Federal Public Defender