IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHEN L. ORBACK,<br><br>Defendant. | CRIMINAL NO.: JKB-19-0391 |

## ORDER

The government's motion to Dismiss the Indictment is this 23 day of February, 2021, hereby GRANTED.

James K. Bredar
Chief United States District Judge